UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:19-cv-01731-DMG (SP) | Date | April 7, 2023 |
|---|---|---|---|
| Title | Grant Ashley v. Chiray Bharsar | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:　　　　　　　Attorneys Present for Defendant:

　　　　None Present　　　　　　　　　　　　　　None Present

**Proceedings:**　　**(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Plaintiff's Failure to Prosecute**

　　　　On August 12, 2022, the court issued two orders that provided for service of the operative Second Amended Complaint on defendant Chirag Bhavsar. One order, the Order Directing Service of Process by the United States Marshal ("Service Order") (docket no. 18), directed service on defendant Chirag Bhavsar. The second order, the Order Re: Service of Process by United States Marshal ("Order Re: Service") (docket no. 17), set forth certain steps that needed to be taken to allow the U.S. Marshal to accomplish such service.

　　　　In particular, in the Order Re: Service, the court ordered plaintiff to complete a separate USM-285 form for each defendant – here, only defendant Bhavsar – and then send the completed forms to the clerk of court. The clerk sent plaintiff a blank USM-285 form with the Order Re: Service, and the Order Re: Service gave plaintiff specific instructions as to how to complete the form. The Order Re: Service set a deadline of September 12, 2022 for plaintiff to return to the clerk the completed USM-285 forms, and to complete and file the Notice of Submission form attached to the Order Re: Service. The court explicitly cautioned: "*If plaintiff does not submit the completed USM-285 forms and file the Notice of Submission by* **September 12, 2022**, *this action will be subject to dismissal without prejudice for plaintiff's failure to comply with the court's order and/or plaintiff's failure to prosecute.*"

　　　　More than six months have passed since the September 12, 2022 deadline, and plaintiff has not returned a USM-285 form for defendant Bhavsar, nor has plaintiff filed the Notice of Submission. It therefore appears that plaintiff has failed to comply with the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:19-cv-01731-DMG (SP) | Date | April 7, 2023 |
|---|---|---|---|
| Title | Grant Ashley v. Chiray Bharsar | | |

court's Order Re: Service. Plaintiff's failure to comply with the court's Order Re: Service renders this action subject to dismissal for failure to comply with a court order and failure to prosecute. Moreover, the action cannot proceed if plaintiff does not take the steps required to serve defendant Bhavsar with the Second Amended Complaint.

Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **April 21, 2023**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this case should not be dismissed plaintiff's failure to prosecute and comply with a court order. Plaintiff may discharge this Order to Show Cause by returning a completed USM-285 form for defendant Bhavsar and filing the Notice of Submission by April 21, 2023. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this case without prejudice.