JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GRANT ASHLEY, | ) Case No. ED CV 19-01731-DMG (SP) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CHIRAG BHARSAR, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:  September 27, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE